# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES, | Case No. 1:21-cv-01078-NONE-BAM (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* |
| v. | (ECF No. 5) |
| SUPREME COURT JUDGES, *et al.*, | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS |
| Defendants. | |

Plaintiff Antoine Deshawn Barnes ("Plaintiff") is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 23, 2021, Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and on July 26, 2021 filed a certified trust account statement. (ECF Nos. 5, 8.)

Plaintiff is subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[1]

---

[1] The Court takes judicial notice of the following United States District Court Cases: (1) *Barnes v. Santa Clara Cty. Dist. Attorney's Office*, Case No. 4:20-cv-02113-YGR (N.D. Cal.) (dismissed July 14, 2020 for failure to state a claim upon which relief may be granted); (2) *Barnes v. Hanford Super. Ct. Judge*, Case No. 1:20-cv-00390-

1

However, upon review of Plaintiff's complaint, the Court finds that his allegations appear to satisfy the imminent danger exception to section 1915(g), at the time the complaint was filed. *Andrews v. Cervantes*, 493 F.3d 1047, 1053−55 (9th Cir. 2007).[2]

Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 5), is GRANTED;

2. **The Director of the California Department of Corrections or his or her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on Director of the California Department of Corrections, via the Court's electronic case filing system (CM/ECF); and

///

---

AWI-SAB (E.D. Cal.) (dismissed October 6, 2020 for failure to state a claim upon which relief may be granted); and (3) *Barnes v. T.V. Network*, Case No. 1:20-cv-01331-DAD-EPG (E.D. Cal.) (dismissed December 11, 2020 for failure to state a claim upon which relief may be granted).

[2]   In the complaint, Plaintiff alleges that as a result of being denied early release pursuant to Proposition 57, he attempted to commit suicide and was placed in the EOP mental health program. (ECF No. 1.) At this time, the Court expresses no opinion on the merits of Plaintiff's claims.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: __August 3, 2021__       /s/ *Barbara A. McAuliffe* _
                                                UNITED STATES MAGISTRATE JUDGE