UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>Plaintiff,<br><br>v.<br><br>SUPREME COURT JUDGES, *et al.*,<br><br>Defendants. | No.  1:21-cv-01078-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION<br><br>(Doc. No. 13) |

Plaintiff Antoine Deshawn Barnes is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 3, 2021, the assigned magistrate judge screened the first amended complaint and issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to state a cognizable claim upon which relief may be granted.  (Doc. No. 13.)  On September 13, 2021, plaintiff timely filed objections to the findings and recommendations.  (Doc. No. 14.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.  Plaintiffs' objections do not address the substance of the findings and

1

recommendations in any material way.[1]

Accordingly,

1. The findings and recommendations issued on September 3, 2021, (Doc. No. 10), are adopted in full;
2. This action is dismissed, with prejudice, for failure to state a cognizable claim upon which relief may be granted; and
3. The Clerk of the Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated: **September 18, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

---

[1] In his objections plaintiff demands that a district judge take this case. (Doc. No. 14 at 2.) As explained in the standing order issued July 23, 2021 (Doc. No. 7), although this case bears the designation "unassigned", the undersigned district judge is presiding over this action. As further explained in this order, the undersigned has reviewed the findings and recommendations in accordance with applicable law.

2